# United States District Court

**MIDDLE** DISTRICT OF **ALABAMA**

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| NORMAN EVANS MCELROY, JR. | CASE NUMBER: 2:07mj39-TFM |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __NORMAN EVANS MCELROY, JR.__
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment ☐Information ☒Complaint ☐Order of court ☐Violation Notice ☐Probation Violation Petition charging him or her with (brief description of offense):

1. knowingly possessed any book, magazine, periodical, film, videotape, computer disk, and any other material that contains an image of child pornography that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer in violation of **Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).**

2. knowingly received and distributed any child pornography that has been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer in violation of **Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).**

| | |
|---|---|
| TERRY F. MOORER | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | April 10, 2007 Montgomery, Alabama |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail fixed at $_____ by _____
                                           Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest