**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO.   2:07-MJ-39-TFM** |
| | ) | |
| **NORMAN EVANS MCELROY, JR.** | ) | |

**GOVERNMENT'S MOTION FOR DETENTION HEARING**

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for

a detention hearing for the above-captioned defendant.

1.      Eligibility of Cases

This case is eligible for a detention order because this case involves:

_____      10 + year crime of violence (18 U.S.C. § 3156)

_____      10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B))

_____      Maximum sentence of life imprisonment or death

_____      10 + year drug offense

_____      Felony, with two prior convictions in the above categories

_____X_____      Felony involving a minor victim

_____      Felony involving possession or use of a firearm or other destructive device
                                    (as defined by 18 U.S.C. § 921) or any other dangerous weapon

_____      Failure to register as a sex offender (18 U.S.C. § 2250)

_____X_____      Serious risk the defendant will flee

_____      Serious risk of obstruction of justice

2.    <u>Reason For Detention</u>

The Court should detain defendant because there are no conditions of release which will reasonably assure:

_____X_____    Defendant's appearance as required

_____X_____    Safety of any other person and the community

3.    <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

_____    Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described

_____    Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

_____    Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a)

_____    Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B))

_____X_____    Probable cause to believe defendant committed 10 + year offense involving a minor victim

4.    <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____    At the initial appearance

_____X_____    After continuance of <u>3</u> days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 11th day of April, 2007.

                        LEURA G. CANARY
                        United States Attorney

                        /s/ Christopher A. Snyder
                        CHRISTOPHER A. SNYDER
                        Assistant United States Attorney
                        Post Office Box 197
                        Montgomery, Alabama 36101-0197
                        334.223.7280
                        334.223.7135 fax
                        christopher.a.snyder@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO.   2:07-MJ-39-TFM** |
| | ) | |
| **NORMAN EVANS MCELROY, JR.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

Respectfully submitted,
LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov